JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIBEL DELGADO, an individual; ANTONIO GARCIA DELGADO, a minor, by and through his Guardian Ad Litem MARIBEL DELGADO,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　Defendant. | Case No. 2:23-cv-04153-AB-PVC<br><br>**ORDER DISMISSING CIVIL ACTION** |

The Court has been advised that this action has been settled.

The Court therefore **ORDERS** that this action is hereby **DISMISSED** without costs and without prejudice to the right, upon good cause shown within **60 days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated:  April 5, 2024

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

1.